*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Latisha Lovelace and Latisha Lovelace
    Debtor(s)

Case No: 19–16713–elf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Pro Se Letter Motion to Reconsider Dismissal of Case Filed by Latisha Lovelace

COUNSEL FOR THE DEBTOR SHALL APPEAR

on: 4/26/22

at: 01:00 PM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M–20–3003

For The Court

Date:  4/5/22

Timothy B. McGrath
Clerk of Court

64 – 63
Form 167