**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| LATISHA LOVELACE, | : | |
| | : | |
| Debtor | : | Bky. No. 19-16713 ELF |

# O R D E R

**AND NOW**, the court having received a request from the Debtor, acting *pro se*, to reconsider the February 15, 2022 order dismissing the above case ("the Motion");

**AND**, the Debtor having represented in Motion that she was abandoned" by her counsel, Michael Cohen ("Cohen") prior to dismissal of the case;

**AND**, the court having scheduled a hearing on **April 26, 2022** to consider the Motion and having directed Cohen to appear;

**AND**, Cohen having failed to appear on **April 26, 2022**;

**AND**, the court being advised that, at some point in the past, Cohen ceased practicing law and transferred his client filed to Brad Sadek of the law firm, Sadek and Cooper;

It is therefore **ORDERED** that:

1. The hearing on Motion is **RESCHEDULED** to **May 10, 2022 at 1:00 p.m.**[1]

2. Brad Sadek **SHALL APPEAR** at the hearing.

**Date: April 28, 2022**

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE

cc: Latisha Lovelace
4223 Neilson St.
Philadelphia, PA 19124

Brad Sadek (via e-mail at brad@sadeklaw.com)

---

[1] The hearing will be conducted by telephone. Instructions for appearing by telephone may be found on the court's website at: https://www.paeb.uscourts.gov/file/conference-call-numbers.